IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHERYL BENSON                                                                                    PLAINTIFF

v.                                          NO. 3:11CV00003 HDY

MICHAEL J. ASTRUE, Commissioner                                               DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Cheryl Benson ("Benson") commenced this proceeding on January 5, 2011, by filing the complaint at bar. Save a document reflecting that the parties consented to the undersigned, the record contains nothing else. F.R.C.P. 4(m) provides, in part, that "[i]f a defendant is not served within 120 days after the complaint is filed, the court-on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Benson is given up to, and including, May 31, 2011, to serve defendant Michael J. Astrue ("Astrue") with a summons and copy of the complaint and to make that fact known by filing the appropriate document. In the event she fails to serve Astrue with a summons and copy of the complaint, and to make that fact known by filing the appropriate document, the Court will dismiss the complaint.

IT IS SO ORDERED this \_\_\_\_9\_\_\_\_ day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE